Matter of Jueds (2024 NY Slip Op 05390)

Matter of Jueds

2024 NY Slip Op 05390

Decided on October 31, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:October 31, 2024

PM-209-24
[*1]In the Matter of Victoria Howard Jueds, an Attorney. (Attorney Registration No. 4090403.)

Calendar Date:October 28, 2024

Before:Garry, P.J., Egan Jr., Pritzker, Reynolds Fitzgerald and McShan, JJ.

Frankfurt Kurnit Klein & Selz, PC, New York City (Tyler Maulsby of counsel), for respondent.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Victoria Howard Jueds was admitted to practice by this Court in 2002 and lists an address in Riverside, Illinois with the Office of Court Administration. Jueds now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Jueds' application.
Upon reading Jueds' affidavit sworn to September 4, 2024 and filed September 5, 2024, and upon reading the October 22, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Jueds is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.

Garry, P.J., Egan Jr., Pritzker, Reynolds Fitzgerald and McShan, JJ., concur.
ORDERED that Victoria Howard Jueds' application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Victoria Howard Jueds' name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Victoria Howard Jueds is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Jueds is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Victoria Howard Jueds shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.